|  |  |
|---|---|
|  | IN THE CIRCUIT COURT FOR THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA |

CASE NO.: 2021-012322-CA-01

ERIC R. SCHWARTZ, AS TRUSTEE
UTA dated 3/4/2019

    Plaintiff,

vs.

ISAAC HALWANI; GISELLE HALWANI;
274 ATLANTIC ISLES, LLC, a Delaware
Limited Liability Company; JOHN DOE and
JANE Doe, unknown parties in possession,
if any,

    Defendants.
_____/

274 ATLANTIC ISLES, LLC, a Delaware
limited liability company,

    Counter-Plaintiff,

vs.

ERIC R. SCHWARTZ, AS TRUSTEE UTA
DATED MARCH 4, 2019,

    Counter-Defendant.
_____/

## NOTICE OF LIS PENDENS

**TO: ERIC R. SCHWARTZ, AS TRUSTEE UTA DATED MARCH 4, 2019, AND ALL OTHERS WHOM IT MAY CONCERN:**

    **YOU ARE NOTIFIED** of the filing of a Counter-Complaint in the above action by Counter-Plaintiff, 274 ATLANTIC ISLES, LLC, involving the following described real property owned by ERIC R. SCHWARTZ, AS TRUSTEE UTA DATED MARCH 4, 2019:

    LOTS 101 AND 102, ATLANTIC ISLAND, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 34, PAGE 17, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, TOGETHER WITH A PROPRIETARY INTEREST IN THE SOUTH 40 FEET OF THE NORTH 59.67 FEET OF LOT 96, OF TATUM'S OCEAN BEACH PARK, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 5, PAGE 35, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, LYING EAST OF THE EAST RIGHT-OF-WAY LINE OF THE 100 FOOT RIGHT-OF-WAY

OF STATE ROAD NO. A1A, RECORDED IN PLAT BOOK 46, PAGE 40 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Folio Number: 31-2214-003-0760

a/k/a: 274 Atlantic Avenue, Sunny Isles Beach, Florida 33160

Dated: August 19, 2021.

       **KOPELOWITZ OSTROW**
       **Ferguson Weiselberg Gilbert**
       One West Las Olas Blvd., Suite 500
       Fort Lauderdale, FL 33301
       Telephone: (954) 525-4100
       Facsimile: (954) 525-4300

By: */s/ Seth D. Haimovitch*
       SETH D. HAIMOVITCH
       Florida Bar Number: 0085939
       Haimovitch@kolawyers.com