IN THE COUNTY COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY FLORIDA

**CASE NO. 2021-012322-CA-01**

ERIC R. SCHWARTZ, AS TRUSTEE
UTA dated 3/4/2019
Plaintiff,
vs.

ISAAC HALWANI; GISELLE HALWANI; 274 ATLANTIC ISLES, LLC, a Delaware Limited Liability Company; JOHN DOE and JANE Doe, unknown parties in possession, if any,
Defendants.
_____________________________________/

274 ATLANTIC ISLES, LLC, a Delaware Limited Liability Company
Counter-Plaintiff,
vs.

ERIC R. SCHWARTZ, AS TRUSTEE
UTA dated 3/4/2019,
Counter-Defendant.
_____________________________________/

274 ATLANTIC ISLES, LLC, a Delaware Limited Liability Company
Third-Party Plaintiff,
vs.

BRIAN M. GAINES,
Third-Party Defendant.
_____________________________________/

**DEFENDANT, 274 ATLANTIC ISLES, LLC'S**
**AMENDED COUNT IV OF AMENDED COUNTERCLAIM**

Defendant/Counter-Plaintiff, 274 ATLANTIC ISLES, LLC ("Atlantic"), by and through the undersigned counsel, hereby files this Amended Count IV of its Amended Counterclaim against ERIC R. SCHWARTZ, AS TRUSTEE UTA DATED 3/4/2019 ("Schwartz"), which

Amended Counterclaim was filed on November 29, 2021 and deemed filed by Order as of November 30, 2021 and as grounds thereof, states as follows:

**COUNT IV**
**UNJUST ENRICHMENT**
**AGAINST ERIC R. SCHWARTZ, AS TRUSTEE UTA DATED MARCH 4, 2019**
(in the alternative)

1. This is an action seeking damages relating to actions of Schwartz as lender concerning certain real property in Miami-Dade County, Florida.

2. At all material times mentioned hereto, Atlantic is a Delaware limited liability company authorized to conduct business in the State of Florida, including Miami-Dade County.

3. At all material times mentioned hereto, Counter-Defendant Eric R. Schwartz, as trustee UTA dated 3/4/2019 ("Schwartz"), is doing business in Miami-Dade County, Florida and is subject to the jurisdiction of this Court.

4. Eric R. Schwartz is a licensed attorney in the State of Florida.

5. Vis-à-vis the subject trust dated 3/4/2019, Schwartz takes directions from his client, Brian M. Gaines ("Gaines"), who, either directly or indirectly, is the beneficiary of the subject trust.

6. Although Gaines hides behind his attorney, Eric R. Schwartz, through the subject trust, Gaines, at all pertinent times, primarily made the decisions and dealt with Atlantic and the Guarantors in relation to the mortgage loan.

7. Venue is proper in this Court.

8. All conditions precedent to bringing this action have either occurred, been performed, excused, or otherwise waived.

9. On January 22, 2016, Atlantic purchased certain real property located in Miami-Dade County, Florida, more particularly described as:

LOTS 101 AND 102, ATLANTIC ISLAND, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 34, PAGE 17, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, TOGETHER WITH A PROPRIETARY INTEREST IN THE SOUTH 40 FEET OF THE NORTH 59.67 FEET OF LOT 96, OF TATUM'S OCEAN BEACH PARK, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 5, PAGE 35, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, LYING EAST OF THE EAST RIGHT-OF-WAY LINE OF THE 100 FOOT RIGHT-OF-WAY OF STATE ROAD NO. A1A, RECORDED IN PLAT BOOK 46, PAGE 40 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

a/k/a: 274 Atlantic Avenue, Sunny Isles Beach, Florida 33160 (hereinafter the "Property").

10. Atlantic's purchase of the Property is evidenced by the Warranty Deed ("Warranty Deed") recorded on January 25, 2016, in Official Records Book 29935, Page 1668, of the Public Records of Miami-Dade County, Florida. A true and correct copy of the Warranty Deed is attached to the Amended Counterclaim as **Exhibit A** and is incorporated herein by reference**.**

11. On March 7, 2019, non-party TCB & GSD Consulting LLC, a Florida limited liability company ("TCB & GSD"), executed and delivered a Promissory Note ("Note") to Schwartz, in the principal amount of One Million Five Hundred Thousand Dollars and Zero Cents ($1,500,000.00). A true and correct copy of the Note is attached to the Amended Counterclaim as **Exhibit B** and is incorporated herein by reference**.**

12. The Note was guaranteed by Atlantic, Isaac Halwani, and Giselle Halwani (collectively referred to as "Guarantors"), pursuant to the terms of the Continuing Guarantees ("Guaranty") dated March 7, 2019. A true and correct copy of the Guaranty is attached to the Amended Counterclaim as Composite **Exhibit C** and is incorporated herein by reference.

13. On March 7, 2019, Atlantic executed and delivered to Schwartz a Mortgage and Security Agreement ("Mortgage"), securing payment of the Note, which mortgaged the Property.

A true and correct copy of the Mortgage is attached to the Amended Counterclaim as **Exhibit D** and is incorporated herein by reference.

14. The Mortgage was recorded on March 12, 2019, in Official Records Book 31360, Page 4924, of the Public Records of Miami-Dade County, Florida.

15. On September 29, 2020, TCB & GSD executed and delivered to Schwartz a Modified and Consolidated Promissory Note ("Modified Note") in the amount of Two Million and One Dollar and Zero Cents ($2,000,001.00). A true and correct copy of the Modified Note is attached to the Amended Counterclaim as **Exhibit E** and is incorporated herein by reference.

16. The Modified Note was guaranteed by Guarantors pursuant to the terms of a Second Amended Continuing Guaranty ("Amended Guaranty"). A true and correct copy of the Amended Guaranty is attached to the Amended Counterclaim as **Exhibit F** and is incorporated herein by reference.

17. On September 28, 2020, as security for payment of the Modified Note, Atlantic executed and delivered to Schwartz an Agreement for Modification of Promissory Note and Mortgage and Security Agreement ("Modification") which became effective as of September 29, 2020. A true and correct copy of the Modification is attached to the Amended Counterclaim as **Exhibit G** and is incorporated herein by reference.

18. The Modification was recorded on October 6, 2020, in Official Records Book 32128, Page 4624, of the Public Records of Miami-Dade County, Florida.

19. The Note, Mortgage, Guaranty, Modified Note, Amended Guaranty and Modification are collectively referred to as the "Loan Documents."

20. On December 18, 2020, TCB & GSD, Atlantic, Guarantors and Schwartz entered into a Forbearance Agreement ("Forbearance Agreement"). A true and correct copy of the

Forbearance Agreement is attached to the Amended Counterclaim as **Exhibit H** and is incorporated herein by reference.

21. At the time the Forbearance Agreement was signed, no default existed. The alleged default was either a mutual mistake by the parties, or a lie manufactured by Gaines and told to Schwartz to induce Atlantic to sign the DIL.

22. In connection with the Forbearance Agreement, Gaines and Schwartz required Atlantic to execute a purported Deed in Lieu of Foreclosure ("DIL") to the Property, in favor of Schwartz, which was to be held in escrow by Schwartz's counsel.

23. On March 29, 2021, without authorization of Atlantic but at the direction of Gaines, Schwartz submitted the DIL for recordation in the public records. The DIL was recorded on April 5, 2021, in Official Records Book 32430, Page 4114, of the Public Records of Miami-Dade County. A true and correct copy of the DIL is attached to the Amended Counterclaim as **Exhibit I** and is incorporated herein by reference.

24. After the DIL was recorded, Atlantic, through Isaac Halwani, and Schwartz, through Gaines, entered into an oral agreement (the "Oral Agreement") whereby Atlantic was to: (a) remit or cause to be remitted the sum of $100,000.00 to or for the benefit of Schwartz, and (b) transfer or cause to be transferred title of a 2017 Porsche Panamera Turbo (VIN Number WP0AF2A74HL152903) (the "Vehicle") to or for the benefit of Schwartz, in exchange for Schwartz retracting the DIL and recording documents necessary to effect such retraction.

25. On April 30, 2021, in reliance on the Oral Agreement, Atlantic, through Isaac Halwani, but at the direction of Gaines and for the benefit of Schwartz, caused a wire in the sum of $100,000.00 to be sent to LBM Enterprises, LLC ("LBM"), an entity owned and/or managed by Gaines. The funds were sent from a bank account held by Frozen Wheels, LLC, an affiliate

entity managed by Isaac Halwani. A true and correct copy of the proof of wire is attached hereto as **Exhibit J** and is incorporated herein by reference.

26. On May 5, 2021, Atlantic, through Isaac Halwani, but at the direction of Gaines and for the benefit of Schwartz, tendered a transfer of title of the Vehicle to Schwartz, the transferee of which was left in blank. A true and correct copy of the vehicle information check from the Florida Department of Highway and Motor Vehicles is attached hereto as **Exhibit K** and is incorporated herein by reference.[1]

27. Schwartz benefited from the receipt of the wire transfer of $100,000.00 and the title transfer of the Vehicle.

28. To date, Schwartz has not retracted the DIL.

29. On November 11, 2021, pursuant to Fla. Stat. § 701.04, Atlantic requested an estoppel/payoff as to the Mortgage (the "Payoff Request"). A copy of said statutory Payoff Request is attached to the Amended Counterclaim as **Exhibit L** and is incorporated herein by reference.

30. On November 28, 2021, Schwartz provided a purported estoppel letter (the "Estoppel") in response to the Payoff Request which asserts that there is no outstanding indebtedness related to the Mortgage. A copy of the Estoppel is attached to the Amended Counterclaim as **Exhibit M** and is incorporated herein by reference.

31. Atlantic was ready, willing, and able to satisfy the Mortgage at the time of receipt of the Estoppel.

32. Schwartz thwarted Atlantic's attempt to tender payment in satisfaction of the Mortgage.

---

[1] Although the vehicle information check from the Florida Department of Highway and Motor Vehicles does not state the current owner of the Vehicle, it does show that title of the Vehicle was transferred on May 5, 2021, after the recording of the DIL.

33. Atlantic conferred a benefit upon Schwartz by causing a wire in the sum of $100,000.00 to be made to LBM for the benefit of Schwartz and by causing the title of the Vehicle to be endorsed, in blank, and given to Gaines for the benefit of Schwartz.

34. Schwartz is estopped from claiming or demanding any interest on the Mortgage from and after the date of the Estoppel and has waived the collection of same.

35. To the extent that Schwartz is entitled to interest on the Mortgage after the date of the Estoppel, Atlantic has conferred a benefit upon Schwartz which Schwartz has refused to recognize.

36. Schwartz voluntarily accepted the benefits set forth herein.

37. Schwartz has refused and/or failed to retract and/or invalidate the DIL.

38. Schwartz has refused to provide Atlantic with a credit of any sort for the payment of the subject $100,000.00 or the value of the Vehicle.

39. Under the circumstances, as alleged above, it would be inequitable to allow Schwartz to retain the direct and/or indirect benefits conferred upon it by or at the direction of Atlantic.

WHEREFORE, Counter-Plaintiff, 274 ATLANTIC ISLES, LLC, demands judgment against Counter-Defendant, ERIC R. SCHWARTZ, AS TRUSTEE UTA DATED MARCH 4, 2019, for its compensatory damages, reasonable attorneys' fees and costs, together with such other and further relief as this Court deems just and proper under the circumstances.

**Respectfully submitted,**

**ERIC P. STEIN, P.A.**
1820 NE 163 Street, Suite 100
North Miami Beach, Florida 33162
Telephone No. (786) 248-1000
Facsimile No. (786) 248-1004
Email: DocService@epslaw.com

By: /s/ Eric P. Stein
ERIC P. STEIN
Florida Bar Number: 38301
eric@epslaw.com
ADAM BROOKLAND
Florida Bar Number: 105761
adam@epslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify on this 14th day of February, 2022 that a true, correct, and complete copy of the foregoing has been duly served upon Steven C. Weitz, Esq., stevenweitz@weitzschwartz.com and eschwartz@weitzschwartz.com, WEITZ & SCHWARTZ, P.A., 900 SE 3rd Street, Suite 204, Fort Lauderdale, FL 33316, and Benjamin H. Brodsky, Esq. t bbrodsky@bfwlegal.com.

/s/ Adam Brookland
ADAM BROOKLAND