UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                  Case No. 22-14810-LMI
274 ATLANTIC ISLES, LLC,                                 Chapter 11
    Debtor.
_____/

ERIC R. SCHWARTZ, as Trustee UTA                Adv. Pro. No.: 22-01199-LMI
dated 3/4/2019,
    Plaintiff,
v.

ISAAC HALWANI, et al.,
    Defendants.
_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL AS TO COUNT III OF COUNTERCLAIM</u>**

    PLEASE TAKE NOTICE that Counter-Plaintiffs voluntarily dismiss from their Second Amended Counterclaim **solely Count III** for Recission. No other Count of the Second Amended Counterclaim is affected by this Notice.

    Respectfully submitted,

    ERIC P. STEIN, P.A.
    1820 NE 163rd Street, Suite 100
    North Miami Beach, Florida 33162
    Tel: (786) 248-1000
    Fax: (786)248-1004
    DocService@epslaw.com

    <u>/s/ Adam Brookland</u>
    ERIC P. STEIN, ESQ.
    FL BAR NO.:  38301
    ADAM BROOKLAND, ESQ.
    FL BAR NO.: 105761

**CERTIFICATE OF SERVICE**

    We hereby certify on this 28th day of November of 2022 that a true, correct, and complete copy of the foregoing has been duly served upon: Benjamin Brodsky, Esq., at bbrodsky@bfwlegal.com, Meaghan E. Murphy, Esq., at mmurphy@melandbudwick.com, Solomon B. Genet, Esq., at sgenet@melandbudwick.com, Eric D. Jacobs, Esq., at ejacobs@gjb-law.com, and Glenn D. Moses, Esq., at gmoses@gjb-law.com via CM/ECF notification.

    /s/ Adam Brookland
    ADAM BROOKLAND, ESQ.