

**ORDERED in the Southern District of Florida on March 19, 2023.**

*Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-14810-LMI |
| 274 ATLANTIC ISLES, LLC, | Chapter 11 |
| Debtor. _____/ | |
| ERIC R. SCHWARTZ, as Trustee UTA dated 3/4/2019, | Adv. Pro. No.: 22-01199-LMI |
| Plaintiff, | |
| v. | |
| ISAAC HALWANI; GISELLE HALWANI; 274 ATLANTIC ISLES, LLC, a Delaware Limited Liability Company; John Doe; and Jane Doe, unknown parties in possession, if any, | |
| Defendants. _____/ | |

**FINAL JUDGMENT AGAINST
<u>DEFENDANT/COUNTER-PLAINTIFF 274 ATLANTIC ISLES, LLC</u>**

1

**THIS CAUSE** came before the Court for hearing on November 30, 2022 on the *Motion for Summary Judgment* [ECF No. 24] filed by Plaintiff/Counter-Defendant Brian M. Gaines, as Trustee UTA dated 3/4/2019 ("***Lender***") and Third-Party Defendants Brian M. Gaines and LBM Enterprises, LLC, pursuant to *Fed. R. Civ. P.* 56, made applicable to this Adversary Proceeding by *Fed. R. Bankr. P.* 7056. The Court, having reviewed the Motion and the Court file, and having entered a separate Order granting the Motion [ECF No. 56], for the reasons stated in such Order,

**ORDERS and ADJUDGES** as follows:

1. Final judgment is entered in favor of the Lender and against 274 Atlantic Isles, LLC ("***274 LLC***") as to all remaining claims asserted by 274 LLC against the Lender in Counts I, II, V, and VI in *Defendants Isaac Halwani, Giselle Halwani, and 274 Atlantic Isles, LLC's Third Amended Counterclaim and Third-Party Complaint* (the "***Counterclaim***") [ECF No. 54].

2. The Notice of Lis Pendens recorded by 274 LLC against the real property at issue in this case, 274 Atlantic Avenue, Sunny Isles Beach, Florida, 33160, in the Official Records of Miami-Dade County, Florida at Book 32699, Page 1421 is hereby dissolved and discharged.

3. The Court reserves jurisdiction to enter any further orders or take any other actions that may be necessary in connection with the Counterclaim, including but not limited to considering attorneys' fees to the extent allowed by law or contract, and to tax costs incurred by the Lender pursuant to *Fed. R. Bankr. P.* 7054 and *Local Rule* 7054.

4. The last known address of 274 LLC is 274 Atlantic Isles, LLC, 274 Atlantic Avenue, Sunny Isles Beach, Florida 33160.

5. The Lender's address is Brian M. Gaines, as Trustee UTA dated 3/4/2019, 2412 Barcelona Drive, Fort Lauderdale, Florida 33301.

###

**Submitted By:**
Meaghan E. Murphy, Esquire
Fla. Bar No: 102770
mmurphy@melandbudwick.com
MELAND BUDWICK, P.A.
*Counsel for the Lender*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:    (305) 358-6363
Telefax:       (305) 358-1221

**Copies Furnished To:**
Meaghan E. Murphy, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.