
Case 22-01199-LMI    Doc 126    Filed 01/17/24    Page 1 of 2



**ORDERED in the Southern District of Florida on January 16, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
274 ATLANTIC ISLES, LLC,
      Debtor.
_____/
ERIC R. SCHWARTZ, as Trustee UTA dated 3/4/2019,

    Plaintiff,                            Case No. 22-14810-LMI
v.                                        Chapter 11

ISAAC HALWANI; GISELLE HALWANI; 274 ATLANTIC ISLES, LLC, a Delaware Limited Liability Company; John Doe; and Jane Doe, unknown parties in possession, if any,       Adv. Pro. No.: 22-01199-LMI

    Defendants.
_____/
274 ATLANTIC ISLES, LLC,

    Defendant/Counter-Plaintiff,
v.

ERIC R. SCHWARTZ, AS TRUSTEE UTA dated 3/4/2019,

    Plaintiff/Counter-Defendant.
_____/

**ORDER ABATING ADVERSARY PROCEEDING**

THIS MATTER came before the Court on January 10, 2024 at 9:30 a.m. upon the *Ore Tenus Motion to Abate* (the "**Motion**") raised by Plaintiff Brian M. Gaines, as Trustee UTA dated 3/4/2019. For the reasons stated on the record, which are incorporated herein, the Court hereby **ORDERS** as follows:

1. The Motion is **GRANTED** and this Adversary Proceeding is abated.

2. This Adversary Proceeding shall be held in abeyance until further Order of this Court pending resolution of the issues raised in the Motions to Dismiss filed by Juan Pablo Verdiqio and Valerie Kabrita in *In re 274 Atlantic Isles LLC*, Case No. 22-14810-LMI at ECF No. 100 and *In re Isaac Halwani and Giselle Halwani*, Case No. 22-14959-LMI at ECF No. 296.

# # #

**Submitted By:**
Meaghan E. Murphy, Esquire
Florida Bar No. 102770
mmurphy@melandbudwick.com
MELAND BUDWICK, P.A.
*Counsel for Plaintiff*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 358-6363
Telefax:       (305) 358-1221

**Copies Furnished To:**
Meaghan E. Murphy, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.