


ORDERED in the Southern District of Florida on July 28, 2025.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-14810-LMI |
| 274 ATLANTIC ISLES, LLC, | Chapter 11 |
|     Debtor. | |
| _____/ | |
| ERIC R. SCHWARTZ, as Trustee UTA dated 3/4/2019, | Adv. Pro. No.: 22-01199-LMI |
|     Plaintiff, | |
| v. | |
| ISAAC HALWANI; GISELLE HALWANI; 274 ATLANTIC ISLES, LLC, a Delaware Limited Liability Company; John Doe; and Jane Doe, unknown parties in possession, if any, | |
|     Defendants. | |
| _____/ | |

**FINAL JUDGMENT AGAINST**
**DEFENDANT/COUNTERCLAIM-PLAINTIFF 274 ATLANTIC ISLES, LLC**

**THIS CAUSE** came before the Court for hearing on May 13, 2025 on the Cross-Motion for Summary Judgment [the "Motion," ECF No. 154] filed by Plaintiff/Counterclaim-Defendant

Brian M. Gaines, as Trustee UTA dated 3/4/2019 ("Lender") pursuant to Fed. R. Civ. P. 56, made applicable to this Adversary Proceeding by Fed. R. Bankr. P. 7056. The Court, having reviewed the Motion and the Court file, and having entered a separate Order granting the Motion [ECF No. 167], for the reasons stated in such Order,

ORDERS and ADJUDGES as follows:

1. Final judgment is entered in favor of the Lender and against 274 Atlantic Isles, LLC ("274 LLC") as to Count X in 274 LLC's Fourth Amended Counterclaim and Third-Party Complaint (the "Counterclaim") [ECF No. 93].

2. The Notice of Lis Pendens recorded by 274 LLC against the real property at issue in this case, 274 Atlantic Avenue, Sunny Isles Beach, Florida, 33160, in the Official Records of Miami-Dade County, Florida at Book 32699, Page 1421 is hereby dissolved and discharged.

3. The Court reserves jurisdiction to enter any further orders or take any other actions that may be necessary in connection with the Counterclaim, including but not limited to considering attorneys' fees to the extent allowed by law or contract, and to tax costs incurred by the Lender pursuant to Fed. R. Bankr. P. 7054 and Local Rule 7054.

4. The last known address of 274 LLC is 274 Atlantic Isles, LLC, 274 Atlantic Avenue, Sunny Isles Beach, Florida 33160.

5. The Lender's address is Brian M. Gaines, as Trustee UTA dated 3/4/2019, 2412 Barcelona Drive, Fort Lauderdale, Florida 33301

# # #

Submitted by and copy to:

Benjamin H. Brodsky, Esq.
**BRODSKY FOTIU-WOJTOWICZ, PLLC**
*Counsel for the Lender*
44 W. Flagler Street, Suite 2200

Miami, Florida 33130
Telephone: 305.503.5054
Email: bbrodsky@bfwlegal.com

[Attorney Brodsky is directed to serve a conformed copy of this Order on all parties in interest and file a certificate of service within 3 days of entry of this Order]