

**ORDERED in the Southern District of Florida on September 3, 2025.**

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-14810-LMI |
| 274 ATLANTIC ISLES, LLC, | Chapter 11 |
|     Debtor. | |
| _____/ | |
| ERIC R. SCHWARTZ, as Trustee UTA dated 3/4/2019, | Adv. Pro. No.: 22-01199-LMI |
|     Plaintiff, | |
| v. | |
| ISAAC HALWANI; GISELLE HALWANI; 274 ATLANTIC ISLES, LLC, a Delaware Limited Liability Company; John Doe; and Jane Doe, unknown parties in possession, if any, | |
|     Defendants. | |
| _____/ | |

**ORDER GRANTING APPELLEE'S AGREED
*EX PARTE* MOTION FOR EXTENSION OF TIME AND TO
<u>DEEM APPELLEE'S DESIGNATION OF RECORD TIMELY FILED</u>**

THIS CAUSE came before the Court, on an *ex parte* basis, on Brian M. Gaines, as Successor Trustee UTA Dated 3/4/2019's (the "**Trustee**" or "**Appellee**"), Agreed *Ex Parte* Motion for Extension of Time and to Deem Appellee's Designation of Record Timely Filed [ECF No. 187] (the "**Motion**").[1] The Court, having reviewed the Motion and noting the agreement of the Appellant, 274 Atlantic Isles, LLC, to the relief sought in the Motion, **ORDERS** as follows:

1. The Motion is **GRANTED**.
2. Appellee's Designation is deemed timely filed.

# # #

**Submitted By:**
Meaghan E. Murphy, Esquire
Florida Bar No. 102770
mmurphy@melandbudwick.com
MELAND BUDWICK, P.A.
*Counsel for Gaines, Trustee*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:    (305) 358-6363
Telefax:          (305) 358-1221

**Copies Furnished To:**
Meaghan E. Murphy, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.