CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Eric R. Schwartz, as Trustee dated 3/4/2019 et al v. Halwani et al

**Adversary Case Number:** __22–01199–LMI__

(Related Bankruptcy Case Number: 22–14810–LMI )

County of Residence or Place of Business: Miami

U.S. District Court Case Number: 25–cv–23477–RAR

# TRANSMITTAL TO DISTRICT COURT

☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on __08/01/2025__

☐ Motion for Leave to Appeal (copy of appeal attached)

☐ Request to Expedite Appeal attached.

☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):

   ☐ Contested    ☐ Uncontested

☐ Withdrawal of Reference granted by U.S. District Court

☐ Report and Recommendation (Motion to Withdraw Reference)

## The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** 274 Atlantic Isles, LLC

**Attorney:** Eric D. Jacobs, Esq. 801 Brickell Avenue, Suite 1500 Miami, FL 33131

**Attorney:** Glenn D. Moses, Esq. 801 Brickell Avenue, Suite 1500 Miami, FL 33131

**Appellee/Respondent:** Brian M. Gaines, as Trustee UTA dated 3/4/2019

**Attorney:** Benjamin H. Brodsky, Esq 44 W. Flagler Street, Suite 2200 Miami, FL 33130

**Attorney:**

**Title and Date of Order Appealed**, if applicable: (1)Order Granting Plaintiff/Counter Defendants CrossMotion for Summary Judgment and Denying Defendant/Counter Plaintiffs Motion for Summary Judgment Dated: 07/18/2025; (2) Final Judgment Against Defendant/CounterclaimPlaintiff 274 Atlantic Isles, LLC (07/28/2025)

**Entered on Docket Date:** (1) 07/18/2025; (2) 07/29/2025   **Docket Number:** (1) ECF#167; (2) ECF #169

☑ Designation in Appeal (See Attached)

☐ Designation in Cross Appeal (See Attached)

☑ Copy of Docket

☐ Exhibits:

☑ Copies of Transcript(s) of Hearing(s) on: 5/13/25

☐ Respondent's Answer and/or Movant's Reply

☐ Other:

**Dated:9/15/25**

**CLERK OF COURT**
By: Nora Blanco

Deputy Clerk   (305) 714–1800